In the Matter of VISITING NURSE SERVICE OF NEW YORK HOME CARE, Respondent, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Appellants.

Submitted September 6, 2005; decided September 13, 2005

Motion by Mercy Hospital of Buffalo et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

VSF COALITION, INC., Appellant, v NICHOLAS SCOPPETTA et al., Defendants, and ELIOT SPITZER, as Attorney General of the State of New York, Respondent.

Submitted June 13, 2005; decided September 13, 2005

Motion for leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.

XIAO YANG CHEN, Appellant, v IAN IRA FISCHER, Respondent.

Submitted September 6, 2005; decided September 13, 2005

Motion by the Association of the Bar of the City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.